UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-20010 |
| ) | |
| ALAN L. DODD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 12, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 24). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1 and 2 of the Indictment and the agreed forfeiture of the items described in the notice of forfeiture is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for December 13, 2021, at 1:00 PM in Urbana before Judge Michael M. Mihm.

ENTERED this 27th day of August, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge